# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED FEBRUARY 28, 2013

### NO. 03-11-00093-CR

**Jesse Aranda aka Jesus Aranda, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error requiring reversal in the trial court's judgment of conviction: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the trial court's judgment of conviction is in all things affirmed; that the appellant pay all costs relating to this appeal; and that this decision be certified below for observance.